UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:21-cr-00264-SEP-PLC |
| | ) | |
| ROSE SHAW, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, by and through counsel, and requests a continuance from sentencing currently set for June 1, 2022. Counsel and Defendant advised the court on May 2, 2022, that they had reconciled and that Counsel would continue to represent the Defendant. Defendant advised the Court that she was proceeding with Counsel and would participate in the pre-sentence investigation. However, shortly after this date, Defendant advised Counsel that she would not participate in the pre-sentence investigation and has not done so. Defendant further advised that she would be retaining new counsel.

Defendant has not cooperated with the pre-sentence investigation process, has not cooperated with Counsel, and has again expressed a desire to retain new counsel. Counsel for Defendant received the second PSI on May 25, 2022, along with a preliminary order for forfeiture. Counsel has not had an opportunity to review or discuss with Defendant and does not expect that Defendant will discuss or review the PSI with counsel. As such, Counsel is unprepared to proceed with representing Defendant at this time in sentencing.

Counsel requests this matter be taken up as scheduled on June 1 for counsel status and that sentencing be continued.

Respectfully Submitted,

Richard R. Lozano, 44492MO
231 S. Bemiston, Ste. 800
Clayton, Missouri 63105
(314) 456-4567
(866) 401-7772 fax
rlozano@lozanolaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 31st day of May, 2022 the foregoing was filed electronically via operation of the Court's electronic filing system upon all attorneys of record.